IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| TONY SOTO | : | NO. 06-328 |

# ORDER

**AND NOW**, this 27th day of June, 2011, upon consideration of Defendant's Motion to Dismiss Detainer (Docket No. 80), and this Court having ordered Defendant released pending disposition of the violation of supervised release petition that has been filed against him, **IT IS HEREBY ORDERED** that the Motion to Dismiss Detainer **DISMISSED** as moot.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.